IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRIS A. ALFORD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 05-2487-KHV |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER GRANTING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)</u>**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $6,115.78.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$6,115.78**, payable to and mailed to Plaintiff's counsel:

Andrea Stubblefield, Attorney at Law
901 SE Willow Ridge Drive
Blue Springs, MO 64014

IT IS SO ORDERED.

Dated this 5th day of April, 2007.

 s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

APPROVED BY:

s/ Andrea Stubblefield
ANDREA STUBBLEFIELD
KS Bar# 15306
901 SE Willow Ridge Drive
Blue Springs, MO 64014
816-694-2683 (telephone)
816-228-6576 (facsimile)
Email: andreastubblefield@sbcglobal.net
    Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas  66101
(913) 551-6730
(913) 551-6541
Ks. S.Ct.No. 14225
Email: Chris.Allman@usdoj.gov
    Attorneys for Defendant

ELECTRONICALLY SUBMITTED